# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
2025 APR 24 PM 3:36
US DISTRICT COURT
EASTERN DIST. TENN.

U.S. MARSHAL SERVICE
APR 2 2025 PM 3:07

| United States of America | ) |
|---|---|
| v. | ) |
| Regan Darby Prater | ) Case No. 3:25-MJ-**2093** |
| | ) |
| | ) |
| Defendant | ) |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Regan Darby Prater,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 844(i) (Arson)

Date: 04/01/2025

_____
Issuing officer's signature

Hon. Jill E. McCook, U.S. Magistrate Judge
Printed name and title

City and state: Knoxville, Tennessee

---

**Return**

This warrant was received on *(date)* 4-1-25, and the person was arrested on *(date)* 4/24/25
at *(city and state)* Knoxville, TN.

Date: 4-24-25

_____
Arresting officer's signature

B. Myers  DUSM
Printed name and title

FID: 11196142
2574-0402-0805-J